**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 22-60231-CIV-SINGHAL/VALLE**

S.A.S. JEAN CASSEGRAIN and
LONGCHAMP USA, INC.

       Plaintiffs,

vs.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

       Defendants.
_____/

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs S.A.S. Jean Cassegrain and Longchamp USA, Inc. submit the following Corporate Disclosure Statement and Certificate of Interested Parties:

1.    Corporate Disclosure

S.A.S Jean Cassegrain is a privately held company with no parent company, and no publicly held company owns 10% or more of its stock.

Longchamp USA, Inc. is a wholly owned subsidiary of S.A.S Jean Cassegrain, and no publicly held company owns 10% or more of its stock.

2.    Interested Parties

      a. S.A.S Jean Cassegrain
      b. Longchamp USA, Inc.
      c. All Named Defendants
      d. Counsel for Plaintiffs

DATED: February 9, 2022.  Respectfully submitted,

STEPHEN M. GAFFIGAN, P.A.

By: **Virgilio Gignate**
Stephen M. Gaffigan (Fla. Bar No. 025844)
Virgilio Gigante (Fla. Bar No. 082635)
T. Raquel Wiborg-Rodriguez (Fla. Bar No. 103372)
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
E-mail: stephen@smgpa.net
E-mail: leo@smgpa.net
E-mail: raquel@smgpa.net

Attorneys for Plaintiffs